PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 0 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>A red 2010 Mazda 4-door sedan, bearing California license plate number 6UWM080, and<br><br>A silver Toyota Sienna, bearing California license plate 7PVC170 | CASE NO.: 2:16-SW-078-AC<br><br>[PROPOSED] ORDER REGARDING REQUEST FOR LIMITED UNSEALING OF SEARCH WARRANT MATERIALS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted search warrant, application, and affidavit in the above-captioned matter are unsealed.

Dated: 7-1-2016

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE